**No. 09-9163. Ryan Bradley Shield, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

559 U.S. 1094, 130 S. Ct. 2374, 176 L. Ed. 2d 772, 2010 U.S. LEXIS 3525.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-9173. Francisco Landeros, Petitioner v. California.**

559 U.S. 1094, 130 S. Ct. 2374, 176 L. Ed. 2d 772, 2010 U.S. LEXIS 3642.

April 26, 2010. Petition for writ of certiorari to the Supreme Court of California denied.

**No. 09-9176. Johnny O. Usher, Petitioner v. Georgia.**

559 U.S. 1095, 130 S. Ct. 2374, 176 L. Ed. 2d 772, 2010 U.S. LEXIS 3629.

April 26, 2010. Petition for writ of certiorari to the Supreme Court of Georgia denied.

**No. 09-9179. Daniel L. Spuck, Petitioner v. Thomas Ridge, former Governor of Pennsylvania, et al.**

559 U.S. 1095, 130 S. Ct. 2374, 176 L. Ed. 2d 772, 2010 U.S. LEXIS 3523, ■

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 347 Fed. Appx. 727.

**No. 09-9184. Donald Stankowski, Petitioner v. Jerry E. Abramson, et al.**

559 U.S. 1095, 130 S. Ct. 2375, 176 L. Ed. 2d 772, 2010 U.S. LEXIS 3582, ■

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 09-9192. Michael Lenoir Smith, Petitioner v. James Yates, Warden, et al.**

559 U.S. 1095, 130 S. Ct. 2375, 176 L. Ed. 2d 772, 2010 U.S. LEXIS 3655.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-9193. Sean Swain, Petitioner v. Robert Welch, Warden.**

559 U.S. 1095, 130 S. Ct. 2375, 176 L. Ed. 2d 772, 2010 U.S. LEXIS 3519.

April 26, 2010. Petition for writ of certiorari to the Supreme Court of Ohio denied.

Same case below, 123 Ohio St. 3d 1521, 918 N.E.2d 524.

**No. 09-9194. Lamarr Rowell, Petitioner v. Nevada.**

559 U.S. 1095, 130 S. Ct. 2375, 176 L. Ed. 2d 772, 2010 U.S. LEXIS 3488.

April 26, 2010. Petition for writ of certiorari to the Supreme Court of Nevada denied.